**Order entered May 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00004-CR

### KARL AARON MULLENS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 59th Judicial District Court
Grayson County, Texas
Trial Court Cause No. 063112**

## ORDER

Appellant's May 26, 2015 second motion to extend the time to file appellant's brief is

**GRANTED**. The time to file appellant's brief is **EXTENDED** to **June 26, 2015**.


/s/    LANA MYERS
       JUSTICE